**Dismiss and Opinion Filed March 13, 2024**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00003-CV

## CHILDREN'S LEARNING ADVENTURE USA, LLC, Appellant
## V.
## STARR SURPLUS LINES INS. CO., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-03349**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The parties have resolved the dispute between them and have filed an agreed

motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion

and dismiss the appeal. *See id.*

|  | /Robert D. Burns, III// |
|---|---|
| 240003f.p05 | ROBERT D. BURNS, III |
|  | CHIEF JUSTICE |



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHILDREN'S LEARNING
ADVENTURE USA, LLC,
Appellant

No. 05-24-00003-CV     V.

STARR SURPLUS LINES INS.
CO., Appellee

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-03349.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of court including any and all court costs awarded by the trial court as part of the December 1, 2023 final judgment.

Judgment entered this 13th day of March, 2024.